**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KINSALE INSURANCE COMPANY, | |
| Plaintiff, | Civil Action No. 1:26-cv-03152-TWT |
| v. | |
| LEX-LAZ WARNER ROBINS LLC, LEXINGTON PROPERTY MANAGEMENT LLC, KELSIE ANDREWS, and SAMANTHA JACKSON, individually and as natural guardian of AMARIO JACKSON, | |
| Defendants. | |

**DEFENDANTS' EMERGENCY CONSENT MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure,

Defendants Lex-Laz Warner Robins LLC ("Lex-Laz") and Lexington Property

Management LLC ("LPM" and together with Lex-Laz, the "Lexington

Defendants"), with the consent of Plaintiff Kinsale Insurance Company

("Kinsale"), respectfully move the Court for a two-week extension of time, up to

and including July 20, 2026, within which to answer or otherwise respond to

Kinsale's Complaint for Declaratory Judgment (Doc. 1). In support of this motion,

the Lexington Defendants state as follows:

1.      Kinsale commenced this declaratory judgment action on June 4, 2026, seeking a judicial declaration that it owes no duty to defend or indemnify Lex-Laz, LPM, or Defendant Kelsie Andrews in connection with an underlying personal injury lawsuit pending in the State Court of Gwinnett County, Georgia.

2.      The Lexington Defendants were served with the Summons and Complaint on June 15, 2026, through their registered agent, CT Corporation System.

3.      Absent an extension, the Lexington Defendants' responsive pleadings are due today, July 6, 2026, under Fed. R. Civ. P. 12(a)(1)(A)(i).

4.      Undersigned counsel was retained to represent the Lexington Defendants in this matter only today, July 6, 2026—the same day their response to the Complaint is due—and has not yet had a reasonable opportunity to review the Complaint, the underlying state-court lawsuit, the insurance policies at issue, or the reservation-of-rights correspondence referenced in the Complaint in order to prepare an appropriate response.

5.      Pursuant to Local Rule 7.1(B), counsel for the Lexington Defendants has conferred with counsel for Kinsale and Kinsale consents to the relief requested in this motion.

6.      This is the Lexington Defendants' first request for an extension of time in this matter. The requested extension is not sought for purposes of delay,

will not prejudice any party, and will not affect any other deadline in this case, as no scheduling order has yet been entered.

WHEREFORE, the Lexington Defendants respectfully request that the Court grant this consent motion and extend the deadline for the Lexington Defendants to answer or otherwise respond to the Complaint up to and including July 20, 2026. A proposed order granting the extension is attached hereto.

Respectfully submitted, this 6th day of July, 2026.

*/s/ Cameron B. Roberts*
Cameron B. Roberts
Georgia Bar No. 599839
Annie Boring
Georgia Bar No. 209732
**CAPLAN COBB LLC**
75 Fourteenth Street, NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
croberts@caplancobb.com
aboring@caplancobb.com

*Counsel for Defendants Lex-Laz Warner Robins LLC and Lexington Property Management LLC*

3

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), I hereby certify that this motion has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1(C).

This 6th day of July, 2026.

*/s/ Cameron B. Roberts*
Cameron B. Roberts
Georgia Bar No. 599839

*Counsel for Defendants Lex-Laz Warner*
*Robins LLC and Lexington Property*
*Management LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

This 6th day of July, 2026.

*/s/ Cameron B. Roberts*
Cameron B. Roberts
Georgia Bar No. 599839

*Counsel for Defendants Lex-Laz Warner Robins LLC and Lexington Property Management LLC*
