**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>   v.<br><br>LEX-LAZ WARNER ROBINS LLC, LEXINGTON PROPERTY MANAGEMENT LLC, KELSIE ANDREWS, and SAMANTHA JACKSON, individually and as natural guardian of AMARIO JACKSON,<br><br>   Defendants. | Civil Action No. 1:26-cv-3152-TWT |

**DEFENDANTS LEX-LAZ WARNER ROBINS LLC AND LEXINGTON
PROPERTY MANAGEMENT LLC'S CERTIFICATE OF INTERESTED
<u>PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of

the Northern District of Georgia Local Rules, Defendants Lex-Laz Warner Robins

LLC ("Lex-Laz") and Lexington Property Management LLC ("Lexington" and,

together with Lex-Laz, the "Lexington Defendants"), hereby submit their

certificate of interested persons and corporate disclosure statement:

(1)    The undersigned counsel of record for the Lexington Defendants

certifies that the following is a full and complete list of all parties in this action,

1

including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff:

Kinsale Insurance Company is a wholly owned subsidiary of Kinsale Capital Group, Inc. Kinsale Capital Group, Inc. is a publicly traded corporation under the stock symbol "KNSL."

Defendants:

Lex-Laz Warner Robins, LLC

Lexington Property Management, LLC

Kelsie Andrews

Samantha Jackson

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiffs:

Taryn M. Kadar

Paul L. Fields, Jr.

Fields Howell LLP

For the Lexington Defendants:

Cameron B. Roberts

Annie M. Boring

Caplan Cobb LLC

To the Lexington Defendants' knowledge, Defendants Kelsie Andrews and Samantha Jackson are not yet represented in this action.

(4)    The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity who citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

Defendant Lexington: citizen of Connecticut and Florida.

Defendant Lex-Laz: Although counsel's fact-gathering has established that Lex-Laz is at least a citizen of Connecticut, South Carolina, Massachusetts, Florida, Maryland, and New Hampshire, *Lex-Laz's full citizenship is unknown. See* Declaration of Kevin Hoagland ¶¶ 14–16. Within Lex-Laz's ownership chain is an entity—Eastham Capital Fund VI, LP—that is comprised of outside investors. *Id.* ¶ 14. Lex-Laz has no ownership of or control over Eastham Capital Fund VI, LP and

does not know the identity of its partners. *Id*. ¶¶ 15–16. Lex-Laz therefore does not know the citizenship of Eastham Capital Fund VI, LP. *Id*. Counsel therefore cannot identify the full and complete citizenship of Defendant Lex-Laz. *Id*.

Respectfully submitted this 20th day of July, 2026.

*/s/ Cameron B. Roberts*
Cameron B. Roberts
Ga. Bar No. 599839
Annie M. Boring
Ga. Bar No. 209732
**CAPLAN COBB LLC**
75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
croberts@caplancobb.com
aboring@caplancobb.com

*Counsel for Defendants Lex-Laz Warner Robins LLC and Lexington Property Management LLC*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this day, I caused a true and correct copy of the foregoing document to be filed with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

This 20th day of July, 2026.

/s/ Cameron B. Roberts
Cameron B. Roberts
Georgia Bar No. 599839

*Counsel for Defendants Lex-Laz Warner Robins LLC and Lexington Property Management LLC*