**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LEX-LAZ WARNER ROBINS LLC, LEXINGTON PROPERTY MANAGEMENT LLC, KELSIE ANDREWS, and SAMANTHA JACKSON, individually and as natural guardian of AMARIO JACKSON,<br><br>Defendants. | Civil Action No.: 1:26-cv-03152-TWT |

**ACKNOWLEDGEMENT OF SERVICE BY DEFENDANT SAMANTHA JACKSON**

Defendant Samantha Jackson, as individually and as natural guardian of Amario Jackson, by and through its undersigned counsel, acknowledges service of Kinsale Insurance Company's Complaint for Declaratory Judgment (the "Complaint") as of August 15, 2026. I, Alex Brown, acknowledge full and lawful service and affirm that I have actual authority to accept service on behalf of Defendant Samantha Jackson. Defendant Samantha Jackson waives further service of process only. This Acknowledgment of service shall not constitute a waiver of any objections or defenses on the part of Ms. Jackson except as to the manner of

service. Defendant Samantha Jackson will have thirty days from the acknowledgement to file an answer and any responsive pleadings.

This 15th day of August, 2026.

**RAFI LAW FIRM LLC**
1776 Peachtree Street NW
Suite 423-South
Atlanta, GA 30309
404-800-9933
470-344-3425 fax
brown@rafilawfirm.com

*/s/Alexander J. Brown*
Alexander J. Brown
Georgia Bar No.: 532112

*Counsel for Defendant Samantha Jackson*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LEX-LAZ WARNER ROBINS LLC, LEXINGTON PROPERTY MANAGEMENT LLC, KELSIE ANDREWS, and SAMANTHA JACKSON, individually and as natural guardian of AMARIO JACKSON,<br><br>Defendants. | Civil Action No.: 1:26-cv-03152-TWT |

**CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that the foregoing document has been prepared with a font and point selection (Times New Roman, 14-point) that is approved by the court as indicated in Local Rules 5.1(C) and 7.1(D).

Respectfully submitted, this 15th day of August, 2026.

**RAFI LAW FIRM LLC**
1776 Peachtree Street NW
Suite 423-South
Atlanta, GA 30309
404-800-9933
470-344-3425 fax
brown@rafilawfirm.com

*/s/Alexander J. Brown*
Alexander J. Brown
Georgia Bar No.: 532112

*Counsel for Defendant Samantha Jackson*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LEX-LAZ WARNER ROBINS LLC, LEXINGTON PROPERTY MANAGEMENT LLC, KELSIE ANDREWS, and SAMANTHA JACKSON, individually and as natural guardian of AMARIO JACKSON,<br><br>Defendants. | Civil Action No.: 1:26-cv-03152-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of **ACKNOWLEDGMENT OF SERVICE OF DEFENDANT SMANTHA JACKSON** on all parties via the Court's CM/ECF system and via email.

Respectfully submitted, this 15th day of August, 2026.

**RAFI LAW FIRM LLC**
1776 Peachtree Street NW
Suite 423-South
Atlanta, GA 30309
404-800-9933
470-344-3425 fax
brown@rafilawfirm.com

*/s/Alexander J. Brown*
Alexander J. Brown
Georgia Bar No.: 532112

*Counsel for Defendant Samantha Jackson*